IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**DEBRA L. SCHNEIDER,**                                  CV 04-679-HU

        **Plaintiff,**                           ORDER

v.

**JO ANNE B. BARNHART,
Commissioner, Social Security
Administration,**

        **Defendant.**

**RORY LINERUD**
Linerud Law Firm
P.O. Box 1105
Salem, OR 97308
(503) 578-8776

        Attorneys for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**NEIL EVANS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204
(503) 727-1024

1  - ORDER

**LUCILLE G. MEIS**
Office of the General Counsel
**DAVID M. BLUME**
Special Assistant United States Attorney
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, WA 98104
(206) 615-2212

Attorneys for Defendant

**BROWN, Judge.**

Magistrate Judge Dennis J. Hubel issued Findings and Recommendation (#11) on May 25, 2005, in which he recommended this Court affirm the Commissioner's decision. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#11). Accordingly, the Court **AFFIRMS** the

2 - ORDER

Commissioner's decision.

    IT IS SO ORDERED.

    DATED this 27th day of July, 2005.

                                            /s/ Anna J. Brown

                                        _____
                                        ANNA J. BROWN
                                        United States District Judge

                                        Schneider CV05-679-HU F&R.07-27-05.wpd